**T. F. DAVIS, Appellant, v. STATE of Texas, Appellee.**

No. 20648.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

T. O. Murray, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of driving an automobile upon a public highway while intoxicated, and his punishment fixed at a fine of $50 and five days imprisonment in the county jail.

Since his appeal to this court was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted, and the appeal ordered dismissed.

**Basil. DUNCAN, Appellant, v. STATE of Texas, Appellee.**

No. 20598.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

Raymond Wilson, of Wharton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of robbery, and his punishment assessed at five years in the penitentiary.

Since his appeal to this court was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted, and the appeal ordered dismissed.

**Frank GRIFFITH, Appellant, v. STATE of Texas, Appellee.**

No. 20476.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

Kahn & Branch, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for an assault. The punishment assessed is a fine of $10.

The appellant has filed an affidavit to dismiss this appeal, duly verified as required by law. The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.